UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH FEDANCE
Individually and on behalf of the class
described below,

        Plaintiff,

vs.

CLIFFORD "T.I." JOSEPH HARRIS, JR.
and RYAN FELTON,

        Defendants.

CIVIL ACTION FILE

NO. 1:19-cv-02125-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of Defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 20th day of May, 2020.

        JAMES N. HATTEN
        CLERK OF COURT

        By:  s/Traci Clements-Campbell
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    May 20, 2020
James N. Hatten
Clerk of Court
By: s/Traci Clements-Campbell
    Deputy Clerk